1  WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Anthony Ray King, Jr.,     No. CV-19-02554-PHX-JAT

Petitioner,     **ORDER**

v.

Attorney General of the State of Arizona, et al.,

Respondents.

Pending before the Court is Petitioner's Petition for Writ of Habeas Corpus ("Petition") (Doc. 1). The Magistrate Judge issued a Report and Recommendation ("R&R") (Doc. 33) recommending that the Petition be denied.

Neither party has filed objections to the R&R. Accordingly, the Court hereby accepts the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not required to conduct "any review at all . . . of any issue that is not the subject of an objection" (emphasis added)); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).

Based on the foregoing,

**IT IS ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. 22) is ACCEPTED; accordingly,

1) Petitioner's Petition for Writ of Habeas Corpus is denied and dismissed with prejudice,

2) in the event Petitioner files an appeal, issuance of a certificate of appealability is denied for the reasons stated in the R&R (Doc. 22 at 7), and

3) the Clerk of the Court shall enter judgment of dismissal with prejudice.

Dated this 19th day of February, 2020.

James A. Teilborg
Senior United States District Judge